AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ANDREW L. MEEKS, III,

     Plaintiff,  

V.

                      JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00563-ECR-VPC**

STATE OF NEVADA, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim for which relief may be granted.

    12/14/2010                                                **LANCE S. WILSON**  
                                                                           Clerk

                                                                        /s/ P. McDonald  
                                                                        Deputy Clerk